From: The District Court of the Fourth Judicial District. County of Ravalli.

STATE OF MONTANA, Plaintiff, vs. HARLEY H. HAMMER, Defendant.

NO. C/1223

## DECISION

The application of the above-named defendant for a review of the sentence of 2 years, imposed on March 22nd, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears sufficiently lenient in that defendant was convicted of uttering a fraudulent check punishable by not more than 5 years imprisonment or by a fine of not more than $5000, or both, and first received a 3-year deferred imposition of sentence which was later revoked for added fraudulent check writing, yet was given but a 2-year sentence with jail time credit of 52 days, and will be eligible for parole consideration in January, 1969 after being received September 27, 1968.

DATED this 15th day of January, 1969.

### SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.

From: The District Court of the Thirteenth Judicial District. County of Big Horn.

STATE OF MONTANA, Plaintiff, vs. WILBUR JOHN CLARK, Defendant.

NO. 688

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on October 17th, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears sufficiently lenient in that defendant was convicted of forgery punishable by not less than 1 year nor more than 14 years imprisonment, yet received a sentence of but 10 years with a record of 7 prior forgery convictions and 1 parole violation, and will be eligible for parole consideration in September 1970 after being received October 18, 1968.

DATED this 15th day of January, 1969.

### SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.